AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mujahed Ziyad

CASE NUMBER: 08CV3435

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

Michael Chertoff as Director of the Department of Homeland Security

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Mukasey, Attorney General
Thomas W. Hussey, Director
US Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington DC 20044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brodsky & Odeh
8 S. Michigan Ave
Suite 3200
Chicago IL 60603

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J Cervantes

**(By) DEPUTY CLERK**

June 13, 2008

**Date**



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-17-08 |
| NAME OF SERVER (PRINT) Joel Brodsky | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US Mail

J.N.　**FILED**
　　　JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-17-08___　___[signature]___
　　　　　　　　Date　　　　　Signature of Server

　　　　　　　　BRODSKY & ODEH
　　　Address of Server　　EIGHT S. MICHIGAN AVE.,
　　　　　　　　SUITE 3200
　　　　　　　　CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.