UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MUJAHED ZIYAD,                           )
                                         )
                    Plaintiff,           )
                                         )          No. 08 3435
          v.                             )
                                         )
MICHAEL CHERTOFF, Director of the        )          Judge Der-Yeghiayan
Department of Homeland Security, *et al.*,|)
                                         )
                    Defendants.          )

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

*See* LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ James M. Kuhn, Sr.
      JAMES M. KUHN SR.
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-1877