UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MUJAHED ZIYAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 3435 |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Director of the | ) Judge Der-Yeghiayan |
| Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

Plaintiff Mujahed Ziyad, by his attorney Reem H. Odeh, hereby dismisses the above-named case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(I). Each party will bear its own costs and fees.


s/ Reem H. Odeh
For plaintiff Mujahed Ziyad

REEM H. ODEH
Law Offices of Brodsky & Odeh
8 South Michigan, Suite 3200
Chicago, Illinois 60603
(312) 701-3000
reemodeh @ sbcglobal.net